UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIGITTE WILLIAMS, TYLISHA STORY, BRENDA WORTHINGTON and SHEVONNE MCKENZIE,

                Plaintiffs,

-against-

THE CITY UNIVERSITY OF NEW YORK, BOROUGH OF MANHATTAN COMMUNITY COLLEGE, DR. KRISTIN WATERS and "JOHN DOES" 1-5 (fictious name used to identify unknown individuals),

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/17/2020_____

20 Civ. 5266 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has been advised that all claims asserted herein have been settled in principle. The above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

    Any application to reopen must be filed <u>within thirty days</u> of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: December 17, 2020
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge